IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARK F. TESENIAR AND NAN M. TESENIAR, on behalf of themselves and others similarly situated, and TWELVE OAKS AT FENWICK PROPERTY OWNERS ASSOCIATION, INC., (from December 16, 2008, to present), ) ) ) ) ) ) ) | CIVIL ACTION NO.: 2:11-cv-01452-CWH |
|             Plaintiffs, ) | |
|             ) | |
|    vs. ) | |
|             ) | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, ADMIRAL INSURANCE COMPANY, ESSEX INSURANCE COMPANY, AUDUBON INDEMNITY COMPANY AND PROFESSIONAL PLASTERING & STUCCO, INC., ) ) ) ) ) ) ) ) | |
|             ) | |
|             Defendants. ) | |

| | |
|---|---|
| MARK F. TESENIAR AND NAN M. TESENIAR, on behalf of themselves and others similarly situated, and TWELVE OAKS AT FENWICK PROPERTY OWNERS ASSOCIATION, INC., (from December 16, 2008, to present), ) ) ) ) ) ) ) | CIVIL ACTION NO.: 2:11-cv-02371-CWH |
|             ) | |
|             Plaintiffs, ) | |
|             ) | |
|    vs. ) | |
|             ) | |
| ADMIRAL INSURANCE COMPANY, ) | |
|             ) | |
|             Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through the undersigned counsel, hereby stipulate to the dismissal of the civil actions with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees, expenses and costs.

The parties consent:

s/ Phillip W. Segui, Jr.,
Phillip W Segui, Jr. Esq.
Segui Law Firm
864 Lowcountry Blvd
Suite A
Mt. Pleasant, SC 29464
psegui@seguilawfirm.com
Attorney for Plaintiffs

William Jefferson Leath, Jr, Esq.
Leath Bouch and Seekings
PO Box 59
Charleston, SC 29402
jl@leathbouchlaw.com
Attorney for Plaintiffs

John T. Chakeris, Esq.
Chakeris Law Firm
231 Calhoun Street
Charleston, SC 29401
john@chakerislawfirm.com
Attorney for Plaintiffs

Jesse A. Kirchner, Esq.
Thurmond Kirchner Timbes and Yelverton
15 Middle Atlantic Wharf
Suite 101
Charleston, SC 29401
jkirchner@tktylawfirm.com
Attorney for Plaintiffs

2

*Stipulation of Dismissal with Prejudice*
*CIVIL ACTION NO.: 2:11-cv-01452-CWH*
*CIVIL ACTION NO.: 2:11-cv-02371-CWH*


Justin O'Toole Lucey, Esq.
Justin O'Toole Lucey Law Firm
PO Box 806
Mt Pleasant, SC 29465
jlucey@lucey-law.com
Attorney for Plaintiffs


s/ John L. McCants
John Lucius McCants, Esq.
Rogers Lewis Jackson Mann and Quinn
1330 Lady Street
Suite 400
Columbia, SC 29201
jmccants@rogerslewis.com
Attorney for National Fire & Marine Insurance Company

s/ Michael J. Athans
Michael J Athans, Esq.
Gilson Athans
980 Hammond Drive
Suite 800
Atlanta, GA 30328
mathans@gilsonathans.com
Attorney for Essex Insurance Company

J. W. Nelson Chandler, Esq.
Corrigan and Chandler
16 Charlotte Street
Suite B
Charleston, SC 29403
nelson@corriganchandler.com
Attorney for Essex Insurance Company

3

*Stipulation of Dismissal with Prejudice*
*CIVIL ACTION NO.: 2:11-cv-01452-CWH*
*CIVIL ACTION NO.: 2:11-cv-02371-CWH*


s/ John C. Bonnie
John C. Bonnie, Esq.
Weinberg Wheeler Hudgins Gunn and Dial
3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326
jbonnie@wwhgd.com
Attorney for Audubon Insurance Company

s/ Kathy A. Carlsten
Kathy A. Carlsten, Esq.
Carlock Copeland Semler and Stair
40 Calhoun Street
Suite 400
Charleston, SC 29401
kcarlsten@carlockcopeland.com
Attorney for Admiral Insurance Company

s/ Dennis Gary Lovell, Jr.
Dennis Gary Lovell, Jr
Carlock Copeland Semler and Stair
40 Calhoun Street
Suite 400
Charleston, SC 29401
glovell@carlockcopeland.com
Attorney for Admiral Insurance Company